# Exhibit A to the Complaint

**Location:** Wesley Chapel, FL  
**Total Works Infringed:** 66  
**IP Address:** 47.197.33.99  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DA971D2F7402C534297829E07593EA81BCA503AF<br>File Hash: ABE8E89102DCC552642A4EACEC85C05B1FF6A2D9DC0AC5C303DFDDDA0CB9F023 | 04/27/2020 02:12:51 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 2 | Info Hash: 2FC157F465FF053509F917535AF394401199E23D<br>File Hash: 3B22BB9ED02B1463809F501E93A9A7C449453E6475F92DE39F2172B7CD90BC5C | 04/26/2020 19:36:31 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 3 | Info Hash: 51587597CB79E1CAD8383A4CA86C4FA1B0EF9D43<br>File Hash: BAFDCF065640195A34352C75C9069D68D4BDB897336C2EA90EA7870F373D04C8 | 04/14/2020 05:49:26 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 4 | Info Hash: BB48CF7DC9992D8C711A78BD28D2CCB28046A45D<br>File Hash: 5AAFF4EF145AA9F5F83CFA07F345F3EAC2F7C14222F0059B85E58381C1F77F66 | 04/14/2020 05:12:16 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 5 | Info Hash: 13DA9E31B8AB99701634E11EC8B0341914C90186<br>File Hash: 2DA5E068FB64B265B3B9585DEBBC0CCD3359C583F8DC6D1E1D6BB87F3E6C5F7D | 03/30/2020 14:08:54 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 6 | Info Hash: CEB76A594FE150EEF88A23BC246F2BD06C34B51B<br>File Hash: 25B809F274D649A1852905350AC4AA361963AC2B8C4DFAB8C5F85A3DE4F226B7 | 03/24/2020 09:24:16 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 7 | Info Hash: AEE1BB736F21BC0577C314F8E374B4E8CA48414F<br>File Hash: 1239AE0D70709F9E0A8F51636316E6A7700342BF175E3B349BBF9567960B0692 | 03/24/2020 09:22:45 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 8 | Info Hash: E13282FB597476C863EE77F7F1CE9D4FCE3680B8<br>File Hash: 00682071DAEB5CE10C349DA50EEECEFFD395A3FED25E4FAB50E9A15851828228 | 03/24/2020 09:22:42 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: D193B60B267914CE8147333EAC4160FEBE2C0D63 File Hash: 63DFDAB59C055320C40790A4300C39D6FB939B7AF27263E043D281FCBBA1FD46 | 03/16/2020 05:10:43 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 10 | Info Hash: 9634F7BD54E2FE8B08705AEB5144547ADEC8AB3C File Hash: 3F55C01EC49B2EBFACC7CE0DD0E9476E17B670CE855BA82E1C7851DA83EEC0F0 | 03/13/2020 05:07:36 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 11 | Info Hash: D9ADBA64E23469FD6183528400E2CCF609616D3A File Hash: D2CDF8EC427473126A5F668A9854C9D13E01C4DDD3967609D3A974620A56D6C8 | 03/13/2020 03:49:45 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 12 | Info Hash: 9D2940625388E32EFFF43824D38E5014018F377C File Hash: 67CF3FD118E030D362584B832E7A031E4B659956A4CD3CFF8DD8031D77A48EDF | 03/12/2020 08:00:08 | Blacked | 03/11/2017 | 05/25/2017 | PA0002049782 |
| 13 | Info Hash: EE41CC83BA2B698DB0BEACF4D727476257E07524 File Hash: 0E2C639AF3D3C329DF9D63FC8946359D9175C58E0787253C8EFEA4A899B93429 | 03/09/2020 01:46:42 | Blacked | 02/29/2020 | 04/15/2020 | PA0002246058 |
| 14 | Info Hash: 3A350C87F066B60253D5FF0868262971A4848258 File Hash: 29C72ABE1397F601FE81CAAC51AF0417F15CDD688432B1205A86325ECBA4B10C | 03/08/2020 21:32:28 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 15 | Info Hash: FDBF767F2A4D30D899BBBD659C08A7C789C980CA File Hash: E590EF53B229E2A6E6CDE3C7FB0DEA01D902EAF35204CDAAAFA9C26995BBFC31 | 02/27/2020 21:46:37 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 16 | Info Hash: D1FCA6C4AEAD5A8C5E11A0E78651F92B30916D98 File Hash: 3E44937FD692A4A507E0755AE8B4CAC520190C47DBFF60EC595977EC7428FA37 | 02/27/2020 21:46:33 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 17 | Info Hash: 8465B1A1E754F37568ACB2018F9F432D7DAB4CE5 File Hash: 87F97EE34DE2EFAD83B3B6C178D98F66F9234B9171778A74C56BC5588271B210 | 02/27/2020 21:13:22 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 48DA79F683789485CEB5C2D3CD2BBF02C872F210<br>File Hash: 644AB34A0CDB356C03C6891C409E39387C6798A62E8CC2B4F90837CCD272F86B | 02/27/2020 18:58:57 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 19 | Info Hash: 7C29A6BB22642B47914D9CAFB175B1D27A393B54<br>File Hash: 40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 02/27/2020 17:17:15 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 20 | Info Hash: 38223971574965FD5F4ADABF11021E51CD10E338<br>File Hash: 34D39FDEACB018D52BAAD5F69D131B6DAE9D821DCAAE72D380E281962F8C8EFC | 02/27/2020 13:12:39 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 21 | Info Hash: 12354ED6924E7F67F0519CCF2CF47CC5BB340E5E<br>File Hash: EC99C853060B59F506D14C2E7DDF479D91F300857E22558B098EC9F777ADE040 | 02/27/2020 12:13:48 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 22 | Info Hash: A5D806E499E18B9CF7BBAE740BD3423B200C6FDB<br>File Hash: 4AAEA81B132ED5E51B7B6D544D3A8C7903B96FC1F91F8DF4CF878B89512E0B09 | 02/18/2020 21:38:16 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 23 | Info Hash: A1AFA3D59DEFF4A39544D38298026F51FA5F0173<br>File Hash: 69202153822A9FCA5FD896E7CAC6768099626E179B1312F2F55EB5FB8A481DB5 | 02/18/2020 20:57:51 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 24 | Info Hash: 249EF04F6B26E7355BD407EC03AD4B1195089E3A<br>File Hash: 6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 02/18/2020 17:24:10 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 25 | Info Hash: AACF6BA7BAEA95F5EBE6A06B86E4D0DBBC9AA17D<br>File Hash: 837E1490718032F2F3BF70CBA954C1B91292F83F3300EFA39B0FAAFC76E019F3 | 02/18/2020 02:04:17 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 26 | Info Hash: 6EE19C875405AC93240E49A6CD8828BCE38BBE46<br>File Hash: 605C3ECCF85B264E024EBB0503A552E7FECE603972FE9C1ED99B11DB58C92547 | 02/18/2020 01:49:10 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 833F20C9EF962633609947223FE2BD9D39B8DE6B<br>File Hash: 56286C375A29DAD6579BC2CCD161AA66EA43DB9752D3AE8CE40F4E7EC25B33CC | 02/17/2020 22:18:18 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 28 | Info Hash: CF0F73080BEE2B181DC4CD1C9EF5CD6EF7DE8508<br>File Hash: 80B53A940C5080A4CCD3AC751E51450CF770E1AC3640B9E4B26292153BE3D5A9 | 02/17/2020 22:06:17 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 29 | Info Hash: 2CF3BB3806D28EC3CAA535BE93D87F42270ECDFF<br>File Hash: A024BB4B6ED4CADB4039F80A41CBA11970248C6E0F414E5BC47B62702058AAAE | 02/04/2020 21:58:21 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 30 | Info Hash: 7A9ED3EB61240BE4530B037FBDE01BD5E2BB2C5B<br>File Hash: 88BDCCAE7679694A7D5656905A5456BD91499056294A55C1E807550CEA30F8E5 | 02/04/2020 19:54:29 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 31 | Info Hash: A44B20E89E05048F1352107658B59BBD76FCEBC8<br>File Hash: 5AD8F35458C5BAAE4D3F369B497CE21ED66FD17184AB56C1613547DCC716BFB7 | 02/04/2020 13:13:46 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 32 | Info Hash: C928E9AFC20D9764DC3317973F8EF2D22A185F95<br>File Hash: 4A160C8FDD1A57AD4CE35F7C589DD75C752EC79DCFFBF6B90F319A935F01D16B | 01/24/2020 15:09:36 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 33 | Info Hash: FF29924C7C836180842BB92143F19D0F3BEFA3E9<br>File Hash: 5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 01/15/2020 17:57:48 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 34 | Info Hash: B4511946DF6273830D0EB66674308E1656F22B66<br>File Hash: 37C1FD42C5D8BACA7529DB15C5A4BD4A5FC8EF656DA2416EBC9252137881C26E | 01/15/2020 14:54:01 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |
| 35 | Info Hash: D43AD2430F2F1675599B894C705C6BB8714DC441<br>File Hash: 7B69D8B697076CF5A7552CB514CF2D9E1F12B09A826D8B967F2D0A09F1124ABC | 01/10/2020 21:18:30 | Blacked Raw | 01/07/2020 | 02/03/2020 | PA0002236198 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 816C4F2AF81BF4CDE4F0397FCAA1FD950C632D68<br>File Hash: 23154B464D8003706273C6A55AA78B37E4A51BCB80147313801DF00CD80486F2 | 01/10/2020 18:58:10 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |
| 37 | Info Hash: 8AE27CDCA54F57960A685783F193F25D3037E7CE<br>File Hash: 3DB1A60532777748B0CDD51F470BC1997D18EEC914312A1540734BE202A5B859 | 01/10/2020 16:55:42 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 38 | Info Hash: 6599070069A9A826E35061C66324299EA034830D<br>File Hash: F2FFF02D7544C74634BDF0F876D30AFA75E8B1AC1563843C06FCF5E046934377 | 01/10/2020 15:59:35 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 39 | Info Hash: D44CC814E24EF2446FFE2EF749A2110AD9658836<br>File Hash: BDA9BA99487F613A5ECBE5565801CC20786162CEA85527894D1E3094D7BBE315 | 01/10/2020 12:27:55 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 40 | Info Hash: 8FB9DA5AF95D2263E0AA1D0E8A59E73FDF53EC95<br>File Hash: 532699269D5BDEA165CC77048507F0256DA013FE36322A4CA4AFA99743D7692A | 12/30/2019 13:51:28 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 41 | Info Hash: 80477CCB62EF861A11C609B9C95AB02F51EBEA78<br>File Hash: B5F2CC9857650373629E57B213F962494C69BC5EFDFA79C4B36E032E51A5FDA0 | 12/29/2019 16:54:26 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 42 | Info Hash: 64E5A670D72155144861E3F1A540244FC93DD620<br>File Hash: 9EF07345C5CB3B960537862FA8897CBCD0A50C4718FF5FF79C6B852E76ABB2D4 | 12/29/2019 16:07:06 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 43 | Info Hash: 996F82578C4FE451BE2E7C2B4977A628DB2EFFFA<br>File Hash: 59A88FC83130B7571A183F1538701825CED832184729F4FC7C643C6CD5B2664D | 12/18/2019 13:07:48 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 44 | Info Hash: 739C06081F41956471B49EF4B99C37E8F8EA9A9A<br>File Hash: EE80E103B0DD52AA38BAAC4123947867C2A7269C438AEB648E2A9DCD44777FB9 | 12/18/2019 12:19:35 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 12182D22132C51683DD2ED57A4C29BFF03005D82<br>File Hash: 225268A77C5821083770643271C36B0CDB36C8B5185CA296C5D5C83D16267F10 | 12/10/2019 19:14:42 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 46 | Info Hash: 65B1946A16DBBE039A23501986574A1A7006F206<br>File Hash: 45C2649F6F7F08AA46A93D1D5086BDF7702AA909526AE3D7D7984F1654F6F0C6 | 11/14/2019 07:12:11 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 47 | Info Hash: 4D004B80BA300B2B5ABF4D9EDA2F5BEDFCF22905<br>File Hash: 3B36E7EBCB08AFD1014DD723ACD45A74B404EF987DB5D1884904A3A80F6CB8E0 | 11/14/2019 03:21:46 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 48 | Info Hash: 3EAB4E8B1A889911E919DEAE7BCF23F31BC01E01<br>File Hash: DAEDDDDF4A554984F05191F62E7A75FB04DFD1172F275F083FE191D3D96F7E9E | 11/14/2019 02:52:31 | Tushy | 11/07/2019 | 12/03/2019 | PA0002232040 |
| 49 | Info Hash: E735EA357666DED006E231B6C0088958A5C89744<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 11/13/2019 23:42:08 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 50 | Info Hash: 57E3D904A1324E05E59E5529705A1E68EE50C5B0<br>File Hash: 6C015F9CAA2C5C1DC830BB007B1E624275DB2F3666EC6BBF61B46F2A310D9506 | 11/13/2019 20:27:20 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 51 | Info Hash: 76F1EF5F207135FF9D88AD2BEFC8F8A6817661AB<br>File Hash: D21A1EFC1FBE8C7194A5734236CB95700D7FD556013388B6AE0F2153F8C76D83 | 11/13/2019 20:11:27 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 52 | Info Hash: 44DC6B120FF153D8D5237A9648BA91B9581B9867<br>File Hash: AEBB689AF297A35295B0DB90A5EC38AD71797DD39A30449FB51831B58D1064D0 | 11/13/2019 13:31:50 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 53 | Info Hash: DB9BEB6767C8F8C13813BB0018DB37D538F54C9E<br>File Hash: 642D6BFBFF7824C7790BADF0E4745CE2D533FC76DC5C9602FB17F2B5574BC933 | 11/13/2019 13:18:58 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 154B04EC43E7EAA6008422B2C37D0B51359C1156<br>File Hash: DBF27FB2E42B3F20528421A3B6226549767CE67EB9A82174E04AE4BCC397DA12 | 11/13/2019 13:15:14 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 55 | Info Hash: 7E2F43B62937AE0299A7E6EB53476B1CC6A5FAD2<br>File Hash: ACBC1ED6A80B35010CCF8E454D5D85FE529D358336A21E87BC6B4D9A1345C43B | 11/13/2019 13:09:57 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 56 | Info Hash: 1884F72344121CD7FEFA5893D0969AA9E47370B8<br>File Hash: C70398C9D731697DA1771680334F165E6124A962806289F0633A9433A89C447D | 11/03/2019 15:46:55 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 57 | Info Hash: D5EFFA1D7ED85180C80AF592683FBFEC9CCDC63E<br>File Hash: 9BDC042671D4625F134162670467C6C4AFC60B9EDA01BDE4E5BF133975DF2F62 | 11/03/2019 15:44:24 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 58 | Info Hash: 6813368AA533D41703D5E6A0C3DF6888595BD856<br>File Hash: 5FBA7A70DB8BFC90D583644803506681326D959BAAB6B1A11FB944CD787E7359 | 10/30/2019 01:50:51 | Tushy | 09/18/2019 | 10/01/2019 | PA0002217340 |
| 59 | Info Hash: 20A302C1D1B78E4859E17E291F82F07B1DBD1B9A<br>File Hash: D59525FC3F411AF429B0A0883460036058E6E43675CA11C89579F7275FB13240 | 10/29/2019 21:15:10 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |
| 60 | Info Hash: C2940CD3D40A9AA36CC6EFFC5C497780F06422B9<br>File Hash: BB04BEF65F97908459A72857FB6CED65B5629585DBADA45AE827B9220036FF27 | 10/29/2019 18:10:12 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 61 | Info Hash: F3F80B20B95C2037D1C6B8D7D5CEBF12C49D716C<br>File Hash: 09BD24610C1E6BDB7D5677D729578988DB42772AC43D03D6EAE1A628EA4B4682 | 10/29/2019 17:21:06 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 62 | Info Hash: AB9089788DD3305A93DEB461B23F7E6EA23B3922<br>File Hash: F3C2BAD84EF2261F79304F6322ED566EA1CC3D8D3A1DE0E6C71409F150863950 | 10/29/2019 16:36:26 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 0147B4A518F4B2E7C22D8BC5EF4AED263D3227B2<br>File Hash: 8A521A2E451A51F7AEB074728AAE656AA21675613B030175230D067BEA3FA548 | 10/29/2019 16:34:47 | Tushy | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 64 | Info Hash: 1C67314C0D523A576F59E142D9EC1CBF9069723F<br>File Hash: A97E2F01BEE0C18CF06B3366082CCCE8E3CA248C8CF55DED18D4AA119962F354 | 10/29/2019 16:11:54 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 65 | Info Hash: 37154C285432116247326497B5A515AD53393F43<br>File Hash: E10BA847FCD4C1F3F36000EEFF6F6C93BCA06D08A2401220102E2038F09D9650 | 10/29/2019 16:05:35 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 66 | Info Hash: 9E6D66E7E182667C4CAAE2C5C4DB1B28401340F7<br>File Hash: 0756F400F44B4BC3E725C4455E2A41B7961831F8434183A76A5D631F62E1493B | 10/29/2019 15:49:15 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |