# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: **8:20-cv-2362-T-60CPT**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 47.197.33.99, an individual,

    Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a)    Strike 3 Holdings, LLC - Plaintiff

    (b)    General Media Systems, LLC – owner of Plaintiff, Strike 3 Holdings, LLC

    (c)    Mamone Villalon – Counsel for Plaintiff

    (d)    Tyler A. Mamone, Esq. – Counsel for Plaintiff

1

(e) John Doe subscriber assigned IP address 47.197.33.99 – Defendant

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

To Plaintiff's knowledge, there are no entities whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

There are no other entities likely to be an active participant in the proceedings.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

(a) Strike 3 Holdings, LLC - Plaintiff

(b) General Media Systems, LLC – owner of Plaintiff, Strike 3 Holdings, LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 12, 2020          Respectfully submitted,

**MAMONE VILLALON**
*Counsel for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
100 SE 2nd St., Suite 2000

Miami, Florida, 33131
Tel: (786) 209-2379
Tyler@mvlawpllc.com

*Counsel for Plaintiff*